No. 93–5458. IN RE KRUSE. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 2, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule

33 of the Rules of this Court. JUSTICE GINSBURG would deny the petition for writ of mandamus.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petition for writ of mandamus without reaching the merits of the motion to proceed *in forma pauperis.*